**No. 62580.**—A. N. Deringer, Inc. *v.* United States, protests 287130–K, etc. (Ogdensburg).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of automobile tires similar in all material respects to those the subject of *A. N. Deringer, Inc.* v. *United States* (38 Cust. Ct. 327, C. D. 1882), the claim of the plaintiff was sustained.